United States District Court
Southern District of Texas

**ENTERED**

December 02, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ORLANDO SANCHEZ, | § | |
| (TDCJ #1197528) | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-336 |
| | § | |
| NADIA S MEDRANO, | § | |
| U.S. MAGISTRATE JUDGE | § | |
| RANDY CRANE, | § | |
| CHIEF U.S. DSITRICT JUDGE, | | |
|     Defendants. | | |

## <u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL</u>

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Sanchez's civil complaint seeking damages for alleged constitutional violations. After having reviewed said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 3 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Plaintiff's summons request (Dkt. No. 1-1) be **DENIED** and this civil cause of action (Dkt. No. 1) should herein be **DISMISSED with prejudice** as frivolous and for failure to state a claim.

The Clerk shall send a copy of this Order to the Plaintiff.

SO ORDERED December 2, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge